IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEBORAH ANN JOHNSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00668 |
| | ) | |
| v. | ) | |
| | ) | |
| MIDDLE RIVER REGIONAL | ) | By: Elizabeth K. Dillon |
| JAIL, *et al.*, | ) | United States District Judge |
| Defendants. | ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that this 42 U.S.C § 1983 action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and the Clerk shall STRIKE this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

Entered: January 6, 2016.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge